# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CITY OF HUNTSVILLE,** ) | |
| **d/b/a HUNTSVILLE UTILITIES,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No.: CV-02-VEH-1296** |
| ) | |
| **PROLIANCE ENERGY,** ) | |
| **LLC; HARRY BUSH; and** ) | |
| **BRIANE HOUSE,** ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Verdict (doc. 332), entered on February 10, 2005, and the findings of fact and conclusions of law this day entered, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Plaintiff shall have and recover of Defendant Proliance Energy, L.L.C., the sum of **Thirty-Three Million, Two Hundred Thirty-One Thousand, Six Hundred Sixty-Eight Dollars ($33,231,668)**, plus interest hereafter at the prevailing legal rate per annum until paid in full;

2. Plaintiff shall have and recover of Defendant Harry Bush the sum of **Two Hundred Seventy Thousand Dollars ($270,000)**, plus interest hereafter at the prevailing legal rate per annum until paid in full;

3.	Plaintiff shall have and recover of Defendant Briane House the sum of **Thirty-Five Thousand Dollars ($35,000)**, plus interest hereafter at the prevailing legal rate per annum until paid in full;

4.	Judgment is entered in favor of the Plaintiff City of Huntsville as to the Defendant Proliance, L.L.C.'s counterclaims of breach of contract and unjust enrichment.

**DONE** and **ORDERED** this 21st day of April, 2005.

 

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge